FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF WASHINGTON; *ex rel.* MARY GILBERT, M.D., Plaintiffs, v. PROVIDENCE HEALTH AND SERVICES WASHINGTON; SPOKANE TEACHING HEALTH CENTER; and JOHN/JANE DOES 1-100, Defendants. | No. 2:24-CV-00006-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 19. Plaintiff is represented by William A. Gilbert. Defendants have not been served.

Plaintiff indicates she voluntarily dismisses her claims against Defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendants have not been served. Plaintiff indicates the United States and the State of Washington do not object to dismissal of the action.

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 9th day of October 2026.

Stan Bastian
Chief United States District Judge